UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VANESSA TERRY, Individually and on behalf of all Others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 1:21-cv-02647-RLY-MG ) |
| ANDY MOHR AVON NISSAN, INC., | ) ) ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Come now Plaintiff Vanessa Terry, and Defendant Andy Mohr Avon Nissan, Inc., by their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree to the dismissal of this cause, and all claims made in this cause, with prejudice, with each party to bear its own costs and expenses.

Respectfully submitted,               Respectfully submitted,

*/s/ Manuel S. Hiraldo*                  */s/ Scott S. Morrisson*
Manuel S. Hiraldo, Atty. No. 030380 (FL)   Scott S. Morrisson, Atty. No. 11633-49
HIRALDO P.A.                          Blake P. Holler, Atty. No. 30676-84
401 E. Las Olas Boulevard, Suite 1400   KRIEG DEVAULT LLP
Ft. Lauderdale, Florida 33301          12800 North Meridian Street, Suite 300
Telephone: (954) 400-4713             Carmel, IN 46032
E-Mail: MHiraldo@Hiraldolaw.com       Telephone: (317) 566-1110
                                      E-Mail: smorrisson@kdlegal.com
Ignacio Javier Hiraldo, Atty. No. 56031 (FL)      bholler@kdlegal.com
IJH LAW
1200 Brickell Avenue, Suite 1950       *Attorneys for Defendant*
Miami, Florida 33131
Telephone: (786) 496-4469
E-Mail: ijhiraldo@ijhlaw.com

*Attorneys for Plaintiff*