UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VANESSA TERRY, Individually and on behalf of all Others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CASE NO.: 1:21-cv-02647-RLY-MG |
| ANDY MOHR AVON NISSAN, INC., | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Vanessa Terry and Defendant Andy Mohr Avon Nissan, Inc., having filed their Joint Stipulation of Dismissal With Prejudice (the "Stipulation"), and the Court being duly advised, now finds that said Stipulation is meritorious and should be **GRANTED**.

**IT IS NOW THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Stipulation is hereby GRANTED, and that this cause and all claims made in this cause are hereby dismissed, with prejudice, with each party to bear their own costs and expenses.

2/17/2022
Date

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:  All Counsel of Record